# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CURTIS HISLE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARLYN CONANON,<br><br>    Defendant. | Case No. 1:17-cv-01400-LJO-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE SET FOR AUGUST 14, 2018, AND AMENDED DISCOVERY AND SCHEDULING ORDER<br><br>[ECF Nos. 19, 20, 21] |

Plaintiff Dennis Curtis Hisle is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 23, 2018, the Court referred this case to post-screening Alternative Dispute Resolution, and a settlement conference was set for August 14, 2018, at 9:30 a.m. before United States Magistrate Judge Barbara A. McAuliffe. (ECF No. 20.)

On May 23, 2018, Defendant filed a statement requesting to "opt-out" of the settlement conference because based on defense counsel's investigation of Plaintiff's claims, consultation with defense counsel's supervisor, and Plaintiff's settlement, counsel believes a settlement conference would likely be a waste of resources. (ECF No. 21.) In light of defense counsel's representation, the Court finds that the interest of justice would be served by vacating the August 14, 2018 settlement conference to be rescheduled at a later date, if necessary.

///

1

Accordingly, it is HEREBY ORDERED:

1. The August 14, 2018, settlement conference is VACATED; and
2. The stay is lifted and the discovery and scheduling order is amended as follows:
   a. The deadline for filing an exhaustion motion is **August 13, 2018;**
   b. The deadline for amending the pleadings is **November 12, 2018**;
   c. The deadline for completion of all discovery, including filing motions to compel, is **January 13, 2019**;
   d. The deadline for filing pretrial dispositive motions is **March 17, 2019**; and
   e. All other provisions of the Court's April 11, 2018, order remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 24, 2018**

UNITED STATES MAGISTRATE JUDGE