**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS CURTIS HISLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARLYN CONANON, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01400-LJO-SAB (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO COURT'S DENIAL OF PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF COUNSEL<br><br>[ECF No. 25] |

Plaintiff Dennis Curtis Hisle is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court are Plaintiff's objections to the Court's denial of his second request for the appointment of counsel. (ECF No. 25.) Plaintiff objects that the Court did not properly consider his request to have appointed counsel in this action.

Plaintiff's objections are overruled, as the Court has considered the factors he attempts to re-raise by his objections, including the nature of his claim, his desire to have counsel test the credibility of witnesses, and the need for counsel to evaluate discovery. The Court nevertheless found that exceptional circumstances warranting the search for volunteer counsel are not present in this case.

Plaintiff discusses that he has been provided some discovery in the form of DVDs and electronic files that he cannot access because of his inmate status. The Court does not find this to be sufficient grounds, under the circumstances, to show exceptional circumstances warranting the appointment of counsel. However, Plaintiff may work with defense counsel to facilitate the review of such discovery in cooperation with prison officials and in keeping with the safety and security

1

concerns of his institution, or Plaintiff may file a motion to compel the discovery responses if his attempts to work through these matters with defense counsel are not productive.

Accordingly, Plaintiff's objections, filed on July 3, 2018 (ECF No. 25), are HEREBY OVERRULED.

IT IS SO ORDERED.

Dated: **July 6, 2018**

UNITED STATES MAGISTRATE JUDGE