UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CURTIS HISLE, | Case No. 1:17-cv-01400-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT |
| MARLYN CONANON, et al., | |
| Defendants. | [ECF Nos. 27, 31] |

Plaintiff Dennis Curtis Hisle is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 3, 2018, Plaintiff filed a motion to amend the complaint to add CEO Young as a Defendant. (ECF No. 27.) On August 31, 2018, the Magistrate Judge issued a Findings and Recommendation recommending that Plaintiff's motion to amend be denied. (ECF No. 31.) The Findings and Recommendation was served on the parties and contained notice that objections were to be filed within twenty-one (21) days. (Id.) After receiving an extension of time, Plaintiff filed objections on October 11, 2018. (ECF No. 37.)

///

///

///

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to amend the complaint, filed on August 8, 2018, is DENIED.

IT IS SO ORDERED.

Dated:   **October 18, 2018**              /s/ Lawrence J. O'Neill
                                           UNITED STATES CHIEF DISTRICT JUDGE