# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CURTIS HISLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARLYN CONANON, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01400-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION IN LIMINE, WITHOUT PREJUDICE<br><br>[ECF No. 70] |

　　Plaintiff Dennis Curtis Hisle is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Currently before the Court is Plaintiff's motion in limine, filed June 17, 2019. Plaintiff seeks an order to exclude his arrest and conviction. Plaintiff's motion appears to be a motion in limine in anticipation of trial, which has not yet been scheduled, and Defendant Conanon has filed a motion for summary judgment on this same date. Therefore, Plaintiff's motion in limine is not ripe for review and is denied, without prejudice, as premature.

IT IS SO ORDERED.

Dated: __**June 18, 2019**__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1