# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CURTIS HISLE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARLYN CONANAN, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01400-LJO-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S SECOND AMENDED COMPLAINT LODGED ON NOVEMBER 19, 2019, FOR FAILURE TO COMPLY WITH FEDERAL RULE OF CIVIL PROCEDURE 15<br><br>[ECF No. 94] |

Plaintiff Dennis Curtis Hisle is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 1, 2019, the Court issued the discovery and scheduling order after Defendant Mushtaq Ahmed filed an answer to the complaint on October 30, 2019. (ECF Nos. 91, 93.)

On November 19, 2019, Plaintiff submitted a third amended complaint, without an accompanying and necessary motion to amend. Accordingly, it is HEREBY ORDERED that Plaintiff's third amended complaint lodged on November 19, 2019, is STRICKEN from the record for failure to comply with Rule 15 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **November 20, 2019**

                                                        UNITED STATES MAGISTRATE JUDGE

1