**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS CURTIS HISLE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARLYN CONANAN, et al.,<br><br>        Defendants. | Case No. 1:17-cv-01400-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING DEFENDANT CONANAN'S MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 68, 90, 92] |

Plaintiff Dennis Curtis Hisle is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 31, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Defendant Conanan's motion for summary judgment be denied. (ECF No. 92.) The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days. (Id.) On December 2, 2019, Defendant filed objections. (ECF No. 96.)

///

///

///

///

1

After reviewing the Defendant's objections, the Court finds no basis to alter the Magistrate Judge Findings and Recommendations. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the Defendant's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on October 31, 2019, are adopted in full;
2. Defendant Conanan's motion for summary judgment filed on June 17, 2019, is denied; and
3. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **December 18, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE