# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CURTIS HISLE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARLYN CONANAN, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01400-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANT CONANAN'S MODIFY THE SCHEDULING ORDER<br><br>[ECF No. 100] |

Plaintiff Dennis Curtis Hisle is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant Conanan's motion to modify the scheduling order, filed January 17, 2020.

Good cause having been presented to the Court, it is HEREBY ORDERED that the deadline to file an exhausted related motion for summary judgment is extended to March 2, 2020. All other deadlines set forth in the Court's November 1, 2019, scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 21, 2020**

UNITED STATES MAGISTRATE JUDGE

1