UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CURTIS HISLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARLYN CONANAN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01400-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANT CONANAN'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>[ECF No. 123] |

　　　　Plaintiff Dennis Curtis Hisle is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendant Conanan's motion to modify the scheduling order, filed August 13, 2020.

　　　　Good cause having been presented, it is HEREBY ORDERED that deadline for Defendant Conanan to file an opposition to Plaintiff's motion for summary judgment and a cross motion for summary judgment is extended to November 10, 2020.

IT IS SO ORDERED.

Dated:   **August 14, 2020**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1