UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CURTIS HISLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARLYN CONANAN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01400-NONE-SAB (PC)<br><br>ORDER VACATING NOVEMBER 10, 2020 FINDINGS AND RECOMMENDATIONS, AND DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITHIN TWENTY-ONE DAYS<br><br>(ECF No. 140) |

　　　　Plaintiff Dennis Curtis Hisle is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On November 10, 2020, the Court issued Findings and Recommendations recommending that Plaintiff's motion for summary judgment filed on August 6, 2020, be denied.  (ECF No. 140.) Plaintiff filed objections to the Findings and Recommendations on December 3, 2020.  (ECF No. 142.)

　　　　Based on a review of the record and Plaintiff's objections, the Court finds the November 10, 2020 Findings and Recommendations shall be vacated they were issued prior to the scheduling order previously set forth in this case.  (See ECF No. 124.)

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The November 10, 2020 Findings and Recommendations are vacated; and
2. Within **twenty-one (21)** days from the date of service of this order, Defendant shall file an opposition or statement of non-opposition to Plaintiff's motion for summary judgment filed on August 6, 2020 (ECF No. 122.)

IT IS SO ORDERED.

Dated: __December 16, 2020__

UNITED STATES MAGISTRATE JUDGE