# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CURTIS HISLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARLYN CONANAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01400-NONE-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT AHMED TO REFILE THE EXHIBITS ATTACHED TO HIS MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 127) |

Plaintiff Dennis Curtis Hisle is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 11, 2020, Defendant Ahmed filed a motion for summary judgment, accompanied with declarations and hundreds of pages of exhibits. (ECF No. 127.) More specifically, Defendant submits the declaration of Dr. Andrew Wachtel with Exhibits A and B (parts 1 through 2 of declaration), and declaration of counsel Kevin Thelen with Exhibits A through G (parts 1 through 6 of declaration). (ECF Nos. 127-4 to 124-11.) Defendant did not separately file each exhibit attached to the above-referenced declarations and the exhibits are not readily identifiable and accessible within the hundreds of pages attached to the declaration. Dr. Wachtel's declaration consists of 480 pages, and Mr. Thelen's declaration consists of 1,746 pages. (Id.) Thus, it is too cumbersome on the Court to comb through all of the attachments to locate and identify the referenced exhibit. See Local Rule 138(c)(1) ("While there is no presumptive page limit on exhibits that may be submitted to the Court in

electronic format, voluminous scanned attachments and exhibits may have to be divided into separate attachments.") Accordingly, it is HEREBY ORDERED that within **five (5)** calendar days from the date of service of this order, Defendants shall refile the exhibits referenced in the declarations by way of separate attachments clearly identifying each separate exhibit number.

IT IS SO ORDERED.

Dated:   **June 3, 2021**

UNITED STATES MAGISTRATE JUDGE